IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| GANWEI LU, | ) |   |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) | CIVIL ACTION NO. 08-0097 |
| v. | ) |   |
|   | ) | HON. GARY L. LANCASTER |
| MICHAEL CHERTOFF, Secretary of | ) | U.S. DISTRICT JUDGE |
| Department of Homeland Security, et al., | ) |   |
|   | ) | ELECTRONICALLY FILED |
| Defendants. | ) |   |

## **ORDER**

AND NOW, this 13 day of March, 2008, it is hereby ORDERED that the above-captioned case is dismissed with prejudice. This case is now CLOSED.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

cc: All Parties